UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

United States of America, §
§
        Plaintiff, §
§ Civil Action H-12-78
*versus* § (CDCS Number: 2011A20701 )
§
Ahmed Tahir and Fatima Tahir, §
§
        Defendants. §

# Complaint

1.   *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2.   *Venue*. The defendants reside in Fort Bend County, Texas, and may be served with process at 2431 Parkwood Lane, Sugar Land, Texas 77479.

3.   *The Debt*. The debt owed to the United States arose in connection with an unpaid civil monetary penalty. The debt on the date of the Certificate of Indebtedness, Exhibit A, was:

| | | |
|---|---|---:|
| A. | Current principal | $ 90,000.00 |
| B. | Interest (capitalized and accrued) | $ 8,473.22 |
| C. | Administrative fees, costs, penalties (Including $350.00 Filing fee) | $ 33,851.21 |
| D. | Attorney's fees | $ 785.00 |
| E. | Balance due | $ 133,109.43 |
| F. | No additional interest will accrue as per Food and Nutrition Service (FNS). Probable interest calculation stopped December 13, 2010. | |

      G.      The current principal in paragraph 3 A is after credits of $0.00.

4.      *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.

5.      *Prayer*. The United States prays for judgment for:

      A.      The sums in paragraph 3, pre-judgment interest, administrative costs, and post-judgment interest.

      B.      Attorney's fees; and,

      C.      Other relief the court deems proper.

Respectfully submitted,

CERSONSKY, ROSEN & GARCÍA, P.C.

By: /s/ M. H. Cersonsky
M. H. Cersonsky, TBN: 04048500
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff

For Important Information About This Lawsuit Please See Next Page.

# Federal Court Suit

1. You have been served in a lawsuit.

2. If you dispute the debt in it, you must file a written response to the lawsuit with the court and the government's lawyer. If you do not, a default judgment will be taken against you.

3. Your written response is due 20 days after the day you got the lawsuit papers.

4. Mail your written response to:

    Clerk
    United States District Court
    P.O. Box 61010
    Houston, Texas 77208

    and send a copy to the lawyers for the United States at:

    M. H. Cersonsky
    Cersonsky, Rosen & García, P.C.
    1770 St. James Place, Suite 150
    Houston, Texas 77056

    Be sure to put your case number and name on your response.

5. If you do not dispute the debt claimed in the lawsuit and want a payment plan, please contact Eddith Salazar at (713) 600-8500.