

U. S. DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
WASHINGTON, D. C.

ACTING ON BEHALF OF
U.S. Department of Agriculture
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address(es):

Ahmed and Fatima Tahir
2431 Parkwood Lane
Sugarland, TX 77479

**Total debt due United States as of December 13, 2010: $131,974.43**

I certify that the U.S. Department of Agriculture, Food and Nutrition Service (USDA/FNS) records show that the debtors named above are indebted to the United States in the amount stated above.

The claim reportedly arose in connection with an unpaid $90,000 civil monetary penalty, which was assessed after they unlawfully transferred ownership of their retail store, Village Supermarket, in January 2006, after being disqualified from participation in FNS's Food Stamp Program.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Agriculture.

Date: 12/13/10

Gabrielle Aines
Program Analyst
U.S. Department of the Treasury
Financial Management Service



PLAINTIFF'S EXHIBIT A